## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**TETRONICS (INTERNATIONAL) LIMITED- In Liquidation,**

       **Plaintiff,**

**vs.**

**PINNACLE MOUNTAIN HOLDING COMPANY IV LLC.**

       **Defendant.**

**Case No. 4:22-cv-365-KGB**

### DEFENDANT'S STATEMENT OF UNDISPUTED MATERIAL FACTS

In Support of its Motion for Summary Judgment, the Defendant, Pinnacle Mountain Holding Company IV LLC ("PMHC" or "Defendant"), submits pursuant to Local Rule 56.1 that there are no genuine disputes to be tried on the following material facts:

1.    PMHC was a special purpose entity formed in March of 2014 for the purpose of holding the Arkansas Teacher Retirement Systems' ("ATRS") investment interest in BlueOak Arkansas, LLC ("BlueOak"). *See* Affidavit of Rod Graves, attached to PMHC's Motion as **Exhibit 1**, at ¶ 2. PMHC was a member of BlueOak. *Id*.

2.    On January 6, 2016, PMHC and BlueOak entered into a Line of Credit Promissory Note pursuant to which PMHC agreed to advance up to $3,575,000 to BlueOak and, in exchange, BlueOak promised to repay PMHC any advanced funds, plus interest at a rate of 10% per annum, by June 30, 2018. The maturity date on the

Line of Credit Promissory Note was extended to June 30, 2019 pursuant to a Line of Credit Promissory Note Amendment dated June 6, 2018. Graves Aff. ¶¶ 8-10.

3.     True and correct copies of the Line of Credit Promissory Note and the amendment thereto are attached as **Exhibit 1** to the Graves Affidavit and hereinafter referred to together as the "LOC." *Id*. ¶ 10.

4.     Between January 6, 2016 and July 27, 2017, BlueOak made five (5) draws against the LOC totaling $3.9M, all of which were honored by PMHC with funds being advanced by ATRS at the direction of PMHC. *Id*. ¶ 11.

5.     The following is an account of BlueOak's draws against the LOC and the dates and amounts of funds advanced to BlueOak:

      a) January 6, 2016:     $650,000;

      b) June 16, 2016:       $1,250,000;

      c) January 13, 2017:  $1,000,000;

      d) May 4, 2017:        $1,000,000; and

      e) July 28, 2017:      $1,000,000.

*Id*. ¶ 13.

6.     BlueOak made the following six (6) payments towards principle and/or interest owed in relation the funds advanced to BlueOak by PMHC pursuant to the LOC:

      a) February 23, 2016: $658,666.67 (comprised of $650,000 towards principle and $8,666.67 towards interest accrued through 02/23/16);

      b) July 8, 2016: $1,257,638.89 (comprised of $1,250,000 towards principle and $7,638.89 towards interest);

      c)   June 1, 2017: $46,388.89 (payment towards interest only on draws taken 01/13/2017 and 04/04/2017);

      d)   December 1, 2017: $136,666.67 (payment towards interest only);

      e)   April 24, 2018: $2,120,000 ($2,000,000 towards the principle balance due on the LOC and the remainder towards interest accrued through 04/24/2018); and

      f)   June 1, 2018: $10,555.56 (payment towards interest accrued from 04/24/2018 through 06/01/2018).

*Id*. ¶ 13.

7.     All payments accepted by or on behalf of ATRS and/or PMHC from BlueOak were accepted in good faith and without notice of any actual intent on the part of BlueOak to hinder, delay or defraud Tetronics. *Id*. ¶ 14.

8.     All payments or transfers described in Paragraph 6 above were made directly from a BlueOak bank account and wired to a bank account of ATRS. *Id*. ¶ 15.

9.     At the time of the last two (2) transfers described in Paragraph 6 above and made by BlueOak on April 24, 2018 and June 1, 2018, BlueOak's real and personal property was encumbered by valid security agreements granting various lenders blanket security interests and mortgages to foreclose on all real and personal property of BlueOak. *See* Affidavit of Ahab Garas, attached to PMHC's Motion as **Exhibit 2**, at ¶¶ 2-6.

10.    On December 28, 2020, ATRS received a wire transfer from BlueOak Arkansas Development, LLC in the amount of $667,142.96. Graves Aff. at ¶ 16. *See also* Garas Aff. at ¶ 9.

11.     BlueOak Arkansas Development, LLC was a separate and distinct entity from BlueOak, maintained separate bank accounts, and had separate capitalization structures. Graves Aff. at ¶ 17;  Garas Affidavit at ¶ 8.

12.     The funds transferred by BlueOak Arkansas Development, LLC to ATRS on December 28, 2020 were not assets or property of BlueOak and said transfer was not one made by BlueOak. Graves Aff. at ¶ 18; Garas Affidavit at ¶ 10.


Respectfully submitted,


GILL RAGON OWEN, P.A.
Dylan H. Potts, Ark. Bar No. 2001258
Danielle W. Owens, Ark. Bar No. 2009192
425 West Capitol Avenue, Suite 3800
Little Rock, Arkansas 72201
(501) 376-3800
potts@gill-law.com
dowens@gill-law.com

**Attorneys for Defendant**