IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

| | | |
|---|---|---|
| **TETRONICS (INTERNATIONAL) LIMITED, In Liquidation** | | **PLAINTIFF** |
| v. | Case No. 4:22-cv-00365 KGB | |
| **PINNACLE MOUNTAIN HOLDING COMPANY IV, LLC** | | **DEFENDANT** |

## ORDER

Before the Court is the parties' joint motion to stay (Dkt. No. 62). This matter is set for trial sometime during the week of May 5, 2025 (Dkt. No. 50). The parties represent that they settled this matter in principle during a settlement conference before United States Magistrate Judge Joe J. Volpe (Dkt. No. 62, ¶ 2). The parties represent that defendant Pinnacle Mountain Holding Company IV, LLC ("PMHC") needs the Board of the Arkansas Teacher Retirement System ("Board") to approve the settlement agreement (*Id.*, ¶ 3). The parties represent that PMHC anticipates that this mater can be presented to the Board in June 2025 (*Id.*). The parties further represent that they will then seek the approval of the Arkansas Claims Commission and the Arkansas Legislature (*Id.*, ¶ 4). The Arkansas Legislature's approval requires the passage of an appropriation that must be signed by the governor (*Id.*). The parties represent that they anticipate that the legislative review and presentation to the governor will occur sometime in 2026 (*Id.*). Therefore, the parties request that the trial date and all pending pretrial dates be stayed pending the approval of the agreement by the Board, Arkansas Claims Commission, and the Arkansas Legislature (*Id.*, ¶ 5).

For good cause shown, the Court grants the parties' joint motion to stay (*Id.*). This matter is removed from the May 5, 2025, trial calendar, and all unexpired pretrial deadlines are stayed.

The Court directs the parties to file a joint written status report with the Court every 90 days, reporting on the progress of efforts to finalize the settlement.

It is so ordered this 22nd day of April, 2025.

_____
Kristine G. Baker
Chief United States District Judge